IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| MICHAEL L. DENNISON and CATHY L. DENNISON, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL GROUP, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 3:10-CV-00107 <br> JUDGE Phillips <br> Magistrate Shirley |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Michael L. Dennison and Cathy L. Dennison and Defendant Liberty Mutual Group, Inc., hereby voluntarily stipulate to the dismissal of this case with prejudice, with the parties bearing their own costs, fees and expenses.

Respectfully submitted,

/s/ *John R. Wingo*
John R. Wingo
STITES & HARBISON, PLLC
SunTrust Plaza
401 Commerce Street
Suite 800
Nashville, TN 37219-2376
Telephone: (615) 244-5200

Counsel for Defendant, Liberty Mutual Group, Inc.

/s/ *Gregory E. Bennett (w/permission)*
Gregory E. Bennett
P.O. Box 1516
Seymour, TN 37865
Telephone: (865) 310-5655
Facsimile: 9865) 774-4379

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2011, a copy of the foregoing STIPULATION OF DISMISSAL was filed electronically with the Clerk's office by using the CM/ECF system and served electronically and/or via first-class U.S. mail, postage prepaid, upon the parties as indicated below. Parties may also access this filing through the Court's ECF system.

Gregory E. Bennett, Esq.
P.O. Box 1516
Seymour, TN 37865

/s/ *John R. Wingo*